# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

**IN RE:**

**ALBERT LINDSAY**           **CASE NO. 18-52180**
**TERESA LINDSAY**

**DEBTORS**

## MOTION TO DISMISS CHAPTER 7 CASE

The Trustee asks the Court to dismiss this case and in support thereof states as follows:

That the original §341 Meeting of Creditors was scheduled for January 8, 2019 at 10:30 a.m.; however, the Debtors failed to appear. Said §341 Meeting of Creditors was rescheduled to January 22, 2019 at 3:00 p.m. and again the Debtors failed to appear.

## NOTICE

This Motion to Dismiss will be brought on for hearing at 9:30 a.m. on Thursday, March 14, 2019, at the United States Bankruptcy Court, U.S. Courthouse 3rd Floor Courtroom, 100 East Vine Street, Lexington, Kentucky 40507.

DATE: February 7, 2019          /s/ MARK T. MILLER, TRUSTEE
         MARK T. MILLER, TRUSTEE
         300 West Maple Street
         Nicholasville, KY 40356
         (859) 887-1087
         arthur100@windstream.net

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion was served upon the Debtors, all Creditors and the U. S. Trustee's Office this 7th day February 2019 by electronic filing and/or first class mail, postage prepaid.

         /s/ MARK T. MILLER, TRUSTEE
         MARK T. MILLER, TRUSTEE